**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **San Juan Oil Company Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0343603** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Calle 246**<br>**PB-54**<br>**Country Club**<br>**Carolina, PR 00984**<br>Number, Street, City, State & ZIP Code | **PO Box 4698**<br>**Carolina, PR 00984**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Carolina**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

**7.** **Describe debtor's business**

    **A.** *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    **B.** *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

    **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.naics.com/search/.
       _____

---

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

| | | |
|---|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* | |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. Estimated number of creditors | | | |
|---|---|---|---|
| | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| 15. Estimated Assets | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2015**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Nestor del Castillo-Hernandez**
Printed name

Title   **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **December  1, 2015**
MM / DD / YYYY

**Wigberto Lugo Mender USDC-PR**
Printed name

**Lugo Mender Group, LLC**
Firm name

**100 Carr 165 Suite 501**
**Guaynabo, PR 00968-8052**
Number, Street, City, State & ZIP Code

Contact phone   **(787) 707-0404**      Email address      wlugo@lugomender.com

**212304**
Bar number and State

# CORPORATE RESOLUTION

I, Jorge del Castillo, of legal age, married, Secretary of San Juan Oil Company,

and resident of Orlando, Florida  DO HEREBY CERTIFY that:

      1. At a meeting celebrated on October 5,2015 the Board of Directors of San Juan Oil Company, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

      2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

      3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

      4. That it was also agreed that the services of Lugo Mender group, LLC would be retained for such purposes.

      5. That it was also agreed that , Nestor del Castillo will be the person

authorized to sign the Petition, Schedules and Statement of Financial Affairs an any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 5 day of October 2015.

State of _Florida_   County of _Orange_
Subscribed and sworn before me on _10/09/15_
(Date)

_Edwin Gonzalez_
(Notary Signature)

_Jorge del Castillo_

Edwin Gonzalez
Notary Public
State of Florida
My Commission Expires 08/25/2018
Commission No. FF 154264

**Fill in this information to identify the case:**

Debtor name    San Juan Oil Company Inc.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)                      

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 1, 2015**    X _____
                                        Signature of individual signing on behalf of debtor

                                     **Nestor del Castillo-Hernandez**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | San Juan Oil Company Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Banco Popular de PR Bankruptcy Department PO Box 362708 San Juan, PR 00936-2708 | (787) 765-9853 | Line of Credit | | | | $2,829,000.00 |
| Banco Popular de PR Bankruptcy Department PO Box 362708 San Juan, PR 00936-2708 | (787) 765-9853 | Gas Stations Calle Loiza, Lajas & Office Carolina | | $2,078,607.08 | $885,000.00 | $1,193,607.08 |
| Banco Popular de PR Bankruptcy Department PO Box 362708 San Juan, PR 00936-2708 | (787) 765-9853 | Gas Stations Calle Loiza, Lajas & Office | | $332,000.00 | $0.00 | $332,000.00 |
| Internal Revenue Services PO Box 7346 Philadelphia, PA 19101-7346 | | Employment Witheld 941PR | | | | $1,864.00 |
| Municipality of Carolina PO Box 8 Carolina, PR 00984-0008 | (787) 757-2626 | Municipality License (Patentes) | Disputed | | | $50,000.00 |
| Peerless Oil 671 Road 337 Penuelas, PR 00624-7153 | | Trade Debt | | | | $1,683,201.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                                             Best Case Bankruptcy

Debtor  __San Juan Oil Company Inc.__

Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PR Department of Treasury Bankruptcy Section 1504 235 Ave. Arterial Hostos San Juan, PR 00918-1454 | (787) 771-3072 | Corporation Income Tax (Lien) | Disputed | | | $1,000,000.00 |
| PR Department of Treasury Bankruptcy Section 1504 235 Ave. Arterial Hostos San Juan, PR 00918-1454 | (787) 771-3072 | Employment Wiheld 499R | | | | $823.83 |
| Santori Trucking Carr 7711 Int 7710 Barrio Pozo Hondo Guayama, PR 00785 | | Trade Debt | | | | $41,854.00 |
| Scotiabank de PR PO Box 362394 San Juan, PR 00936-2394 | (787) 474-5252 | Line of Credit of RG Premier Bank | | | | $573,117.58 |
| Scotiabank de PR PO Box 362394 San Juan, PR 00936-2394 | (787) 474-5252 | Gas Stations Santa Isabel; Vega Baja; Salinas; Ponce & Land 37 cdas | | $7,397,437.03 | $2,600,000.00 | $4,797,437.03 |
| Scotiabank de PR PO Box 362394 San Juan, PR 00936-2394 | (787) 474-5252 | Line of Credit of RG Premier Bank | | | | $978,908.56 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nestor del Castillo-Hernandez** |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Banco Popular de PR**<br>Creditor's Name<br><br>**Bankruptcy Department**<br>**PO Box 362708**<br>**San Juan, PR 00936-2708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Commercial Property of 3,127.50 mts- Lot 1C-2 Industrial 272 Third Extension Urb Country Club Bo Sabana Abajo Carolina PR Cadastrila No. 064-062-376-02-000** | $460,000.00 | $460,000.00 |
| | Describe the lien<br>**Mortgage Loan** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**9004** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2   Banco Popular de PR**<br>Creditor's Name<br>**Bankruptcy Department**<br>**PO Box 362708**<br>**San Juan, PR 00936-2708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Gas Stations located in Calle Loiza; Lajas & Comm Lot in Country Club** | $332,000.00 | $0.00 |
| | Describe the lien<br>**Commercial Loan** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**3002** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **Nestor del Castillo-Hernandez**                                    Case number (if know) _____
    First Name       Middle Name       Last Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banco Popular de PR** |
|---|---|

Creditor's Name

**Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**9004**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. CRIM
2. Banco Popular de PR**

Describe debtor's property that is subject to a lien
**Gas Station in land of 1,589.168 sq mts Carr
No. 101 km 3.8 Lajas PR
Cadastrial No. 358-000-001-65-000**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00       $150,000.00

---

| 2.4 | **Banco Popular de PR** |
|---|---|

Creditor's Name

**Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**9004**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Gas Stations located in Calle Loiza; Lajas &
Comm Lot in Country Club**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,193,607.08       $0.00

---

| 2.5 | **Banco Popular de PR** |
|---|---|

Creditor's Name

**Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Gas Station in land of 290.62 sq mts in Bo
Santurce Norte Calle Loiza #1901 Esq, Los
Baños, San Juan PR
Cadastrial No. 041-041-181-09-001**

Describe the lien

$275,000.00       $275,000.00

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Nestor del Castillo-Hernandez**

First Name   Middle Name   Last Name

Case number (if know) _____

---

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**9004**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CRIM** | | | $55,002.34 | $800,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**2902**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
1. CRIM
2. Scotiabank de PR

Describe debtor's property that is subject to a lien
**Gas Station in land of 1,532.2769 sq mts in Carr No. 1 Esq 712 Bo Quebrada Yaguas, Salinas PR**
**Cadastrial no. 371-000-006-02-902**

Describe the lien
**Real Property Taxes**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CRIM** | | | $23,929.39 | $400,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Gas Station in land of 33.436 ml located at Avenida Hostos #119, Ponce PR**
**Cadastrial No. 412-002-553-45-001**

Describe the lien
**Real Property Taxes**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**
First Name _____ Middle Name _____ Last Name _____

Case number (if known) _____

- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Scotiabank de PR**

- □ Contingent
- □ Unliquidated
- □ Disputed

---

| 2.8 | **CRIM** | Describe debtor's property that is subject to a lien | $45,575.23 | $250,000.00 |

Creditor's Name

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1001**

Do multiple creditors have an interest in the same property?
- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Scotiabank de PR**

Describe debtor's property that is subject to a lien
**Gas Station in land of 1 cda located at Carr No 1 Esq 537 Bo Playita Cortada Bo. Descalabrado, Santa Isabel PR Cadastrial No. 414-040-100-01-001**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
- ■ No
- □ Yes
Is anyone else liable on this claim?
- ■ No
- □ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- □ Contingent
- □ Unliquidated
- □ Disputed

---

| 2.9 | **CRIM** | Describe debtor's property that is subject to a lien | $56,827.90 | $450,000.00 |

Creditor's Name

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**5901**

Do multiple creditors have an interest in the same property?
- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Scotiabank de PR**

Describe debtor's property that is subject to a lien
**Gas Station in land of 2,201.00 sq mts (Parcel A) and 483.990 sq mts (Parcel B), located Carr No. 2 Km 40.0 Vega Baja PR Cadastrial No. 0358-066-055-05-901**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
- ■ No
- □ Yes
Is anyone else liable on this claim?
- ■ No
- □ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- □ Contingent
- □ Unliquidated
- □ Disputed

---

| 2.10 | **CRIM** | Describe debtor's property that is subject to a lien | $8,092.86 | $150,000.00 |

---

Debtor 1   **Nestor del Castillo-Hernandez**                                    Case number (if know) _____
First Name   Middle Name   Last Name

| Creditor's Name | **Gas Station in land of 1,589.168 sq mts Carr No. 101 km 3.8 Lajas PR Cadastrial No. 358-000-001-65-000** |
|---|---|

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5000**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CRIM**
**2. Banco Popular de PR**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $400,000.00 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Gas Station in land of 33.436 ml located at Avenida Hostos #119, Ponce PR Cadastrial No. 412-002-553-45-001**

**PO Box 362394**
**San Juan, PR 00936-2394**

Creditor's mailing address

Describe the lien
**Commercial Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7523**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CRIM**
**2. Scotiabank de PR**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $800,000.00 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**Gas Station in land of 1,532.2769 sq mts in Carr No. 1 Esq 712 Bo Quebrada Yaguas, Salinas PR Cadastrial no. 371-000-006-02-902**

**PO Box 362394**
**San Juan, PR 00936-2394**

Creditor's mailing address

Describe the lien
**Commercial Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 5 of 8

Debtor 1   **Nestor del Castillo-Hernandez**                                    Case number (if know) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

Date debt was incurred

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7523**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. CRIM** | ☐ Disputed |
| **2. Scotiabank de PR** | |

---

| 2.1 3 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $250,000.00 | $250,000.00 |
|---|---|---|---|---|

　　　　Creditor's Name

**Gas Station in land of 1 cda located at Carr
No 1 Esq 537 Bo Playita Cortada Bo.
Descalabrado, Santa Isabel PR
Cadastrial No. 414-040-100-01-001**

**PO Box 362394
San Juan, PR 00936-2394**
Creditor's mailing address

Describe the lien
**Commercial Loans**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?
Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**7523**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. CRIM** | ☐ Disputed |
| **2. Scotiabank de PR** | |

---

| 2.1 4 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $450,000.00 | $450,000.00 |
|---|---|---|---|---|

　　　　Creditor's Name

**Gas Station in land of 2,201.00 sq mts (Parcel
A) and 483.990 sq mts (Parcel B), located
Carr No. 2 Km 40.0 Vega Baja PR
Cadastrial No. 0358-066-055-05-901**

**PO Box 362394
San Juan, PR 00936-2394**
Creditor's mailing address

Describe the lien
**Commercial Loan**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?
Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**7523**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D　　Additional Page of Schedule D: Creditors Who Have Claims Secured by Property　　page 6 of 8

Debtor 1  **Nestor del Castillo-Hernandez**                                    Case number (if know) _____
First Name        Middle Name        Last Name

■ No
☐ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                            ☐ Disputed
**1. CRIM**
**2. Scotiabank de PR**

---

| 2.1 5 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $4,797,437.03 | $0.00 |

**Scotiabank de PR**
Creditor's Name

**PO Box 362394**
**San Juan, PR 00936-2394**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7523**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Gas Stations locates at Santa Isabel; Vega Baja; Salinas; Ponce and Land of 37 cdas in Salinas**

Describe the lien
**Commercial Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $700,000.00 | $700,000.00 |

**Scotiabank de PR**
Creditor's Name

**PO Box 362394**
**San Juan, PR 00936-2394**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7523**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Land of 37 cdas located Salinas PR**
**Land No. 669**

Describe the lien
**Commercial Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$9,997,471.83**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**                                      Case number (if know) _____

    First Name             Middle Name             Last Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** Line | **Last 4 digits of account number for this entity** |
|---|---|---|
| -NONE- | | |

Fill in this information to identify the case:

Debtor name **San Juan Oil Company Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**CRIM**
**PO Box 195387**
**San Juan, PR 00936-5387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00     $ 0.00

Date or dates debt was incurred

Basis for the claim:
**Property Taxes (Mueble)**
**NOTICE ONLY**

Last 4 digits of account number **3603**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Services**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,864.00     $ 1,864.00

Date or dates debt was incurred

Basis for the claim:
**Employment Witheld 941PR**

Last 4 digits of account number **3603**

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    51844

Debtor 1   **Nestor del Castillo-Hernandez**                    Case number (if know) _____
First Name          Middle Name          Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.3 | | | | |

**Priority creditor's name and mailing address**
**Municipality of Carolina**
**PO Box 8**
**Carolina, PR 00984-0008**

As of the petition filing date, the claim is:          $ **50,000.00**   $ **50,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Municipality License (Patentes)**

**Last 4 digits of account number 3603**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.4 | | | | |

**Priority creditor's name and mailing address**
**PR Deparment of Labor**
**PO Box 21361**
**San Juan, PR 00928-1361**

As of the petition filing date, the claim is:          $ **0.00**   $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Disability & Unemployment**
**NOTICE ONLY**

**Last 4 digits of account number 3603**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.5 | | | | |

**Priority creditor's name and mailing address**
**PR Department of Treasury**
**Bankruptcy Section 1504**
**235 Ave. Arterial Hostos**
**San Juan, PR 00918-1454**

As of the petition filing date, the claim is:          $ **823.83**   $ **823.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Employment Witheld 499R**

**Last 4 digits of account number 3603**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1 **Nestor del Castillo-Hernandez**

First Name        Middle Name              Last Name

Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**
**PR Department of Treasury**
**Bankruptcy Section 1504**
**235 Ave. Arterial Hostos**
**San Juan, PR 00918-1454**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$ 1,000,000.0
0            $ 0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Corporation Income Tax (Lien)**
_____

**Last 4 digits of account number 3603**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.7**

**Priority creditor's name and mailing address**
**State Insurance Fund Corp.**
**PO Box 365028**
**San Juan, PR 00936-5028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00            $ 0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Workmen's Insurance**
**NOTICE ONLY**
_____

**Last 4 digits of account number 3603**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**
**Banco Popular de PR**
**Bankruptcy Department**
**PO Box 362708**
**San Juan, PR 00936-2708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,829,000.00

Basis for the claim:    **Line of Credit**
_____

---

Debtor 1 __Nestor del Castillo-Hernandez__
   First Name        Middle Name        Last Name          Case number (if know) _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number **2001** | ☐ Yes |

---

**3.2**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **0.00**

**Best Petroleum C/O Orlando Gonzalez Esq.**
**CIM 100 Carr 165**
**Suiet 609**
**Guaynabo, PR 00968**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Re: Civil Case
**Best Petroleum vs San Juan Oil**
**Company Inc.**
**NOTICE ONLY**

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **0.00**

**BPPR C/O Angel M. Burgos ESQ.**
**Santa Rita 986**
**Calle Madrid**
**San Juan, PR 00925**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Re: Civil Case KCD2010-1142
**BPPR vs San Juan Oil Company**
**Inc.**
**NOTICE ONLY**

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.4**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ **0.00**

**BPPR C/O Heriberto Lopez Guzman ESQ**
**MCS Plaza**
**255 Ave Ponce de Leon Suite 1200**
**San Juan, PR 00917**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Re: Civil Case KCD2010-1142
**BPPR vs San Juan Oil Company**
**Inc.**
**NOTICE ONLY**

---

Debtor 1   **Nestor del Castillo-Hernandez**

First Name        Middle Name        Last Name        Case number (if know) _____

_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ■ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.5**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $ **0.00** |
| **Crespo & Crespo Ent C/O Gaspar Martinez** | Check all that apply. | |
| **PO Box 194422** | ☐ Contingent | |
| **San Juan, PR 00919-4422** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  **Re: Civil Case HSCI 2000-0004 Crespo & Crespo Enterprises vs San Juan Oil NOTICE ONLY** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ■ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.6**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $ **1,683,201.00** |
| **Peerless Oil** | Check all that apply. | |
| **671 Road 337** | ☐ Contingent | |
| **Penuelas, PR 00624-7153** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  **Trade Debt** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ■ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.7**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $ **0.00** |
| **PeerlessOil C/O Francisco Villarubia ESQ** | Check all that apply. | |
| **PO Box 194089** | ☐ Contingent | |
| **San Juan, PR 00919** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  **Re: Civil Case FCD2009-1268 Peerless Oil & Chemicals Inc. vs San Juan Oil NOTICE ONLY** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ■ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

Debtor 1   __Nestor del Castillo-Hernandez_____   Case number (if know) _____
First Name        Middle Name            Last Name

---

| 3.8 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scotiabank C/O Alejandro Blanco ESQ**
**Edificio Centro Europa**
**1492 Ave Ponce de Leon Suite 600**
**San Juan, PR 00907**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**   **Re: Civil Case KCD2012-2964**
**Scotiabank vs San Juan Oil**
**Company Inc.**
**NOTICE ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scotiabank C/O Ramon L Ramos Aponte**
**Esq.**
**PO Box 195553**
**San Juan, PR 00919-5553**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**   **Re Civil Case CCD2012-0705**
**Scotiabank vs San Juan Oil Co**
**Inc.**
**NOTICE ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.10 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scotiabank C/O Ruben Aponte Mellado**
**Esq.**
**PO Box 195553**
**San Juan, PR 00919-5553**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**   **Re: Civil Case CCD2012-0705**
**Scotiabank vs San Juan Oil Co**
**Inc.**
**NOTICE ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.11 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scotiabank de PR**
**PO Box 362394**
**San Juan, PR 00936-2394**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 573,117.58

---

Debtor 1  **Nestor del Castillo-Hernandez**                                          Case number (if know) _____
First Name        Middle Name              Last Name

Basis for the claim:  **Line of Credit of RG Premier Bank**

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 978,908.56 |
|------|---|---|---|

Nonpriority creditor's name and mailing address
**Scotiabank de PR**
**PO Box 362394**
**San Juan, PR 00936-2394**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit of RG Premier Bank**

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number  7531           ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,052,687.83 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,064,227.14 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 7,116,914.97 |

SAN JUAN OIL COMPANY INC.
PO BOX 4698
CAROLINA, PR 00984

BPPR C/O ANGEL M. BURGOS ESQ.
SANTA RITA 986
CALLE MADRID
SAN JUAN, PR 00925

DUEñO SHOWTIME PR INC D/BA
CIM 100 CARR 165, SUITE 406
GUAYNABO, PR 00968

WIGBERTO LUGO MENDER USDC-PR
LUGO MENDER GROUP, LLC
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

BPPR C/O HERIBERTO LOPEZ GUZMAN ESQ
MCS PLAZA
255 AVE PONCE DE LEON SUITE 1200
SAN JUAN, PR 00917

ELISA ORTIZ GOMEZ
HC-01 3944
SALINAS, PR 00751

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRESPO & CRESPO ENT C/O GASPAR MARTINEZ
PO BOX 194422
SAN JUAN, PR 00919-4422

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101-7346

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

JORGE DEL CASTILLO
PO BOX 4698
CAROLINA, PR 00984

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

JORGE DEL CASTILLO
PO BOX 4698
CAROLINA, PR 00984

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

JOSé GUZMAN CARRASQUILLO
PO BOX 4698
CAROLINA, PR 00984

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

MUNICIPALITY OF CAROLINA
PO BOX 8
CAROLINA, PR 00984-0008

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

NESTOR DEL CASTILLO HERNAI
PO BOX 4698
CAROLINA, PR 00984

BEST PETROLEUM C/O ORLANDO GONZALEZ ESQ.
CIM 100 CARR 165
SUIET 609
GUAYNABO, PR 00968

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

NESTOR DEL CASTILLO HERNAI
PO BOX 4698
CAROLINA, PR 00984

PEERLESS OIL
671 ROAD 337
PENUELAS, PR 00624-7153

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

PEERLESSOIL C/O FRANCISCO VILLAR SBATE ABK DE PR
PO BOX 194089
SAN JUAN, PR 00919

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

PR DEPARMENT OF LABOR
PO BOX 21361
SAN JUAN, PR 00928-1361

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

STATE INSURANCE FUND CORP
PO BOX 365028
SAN JUAN, PR 00936-5028

SCOTIABANK C/O ALEJANDRO BLANCO SQUIA BANK DE PR
EDIFICIO CENTRO EUROPA
1492 AVE PONCE DE LEON SUITE 600
SAN JUAN, PR 00907

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SCOTIABANK C/O RAMON L RAMOS ABOYTBAABNK DE PR
PO BOX 195553
SAN JUAN, PR 00919-5553

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SCOTIABANK C/O RUBEN APONTE MEISPRO ACCESNORO LIMITED CORP.
PO BOX 195553
SAN JUAN, PR 00919-5553

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico

In re **San Juan Oil Company Inc.**

_____
Debtor(s)

Case No. _____

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $    **10,000.00**

   Prior to the filing of this statement I have received .......................................... $    **10,000.00**

   Balance Due .......................................................................................................... $          **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Payments of fees and expenses in this case are subject to the filing of an application for compensation to be served to creditors and parties in interest, and to be approved by the Honorable Court**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 1, 2015**
_____
Date

_____
**Wigberto Lugo Mender USDC-PR 212304**
_Signature of Attorney_
**Lugo Mender Group, LLC
100 Carr 165 Suite 501
Guaynabo, PR 00968-8052
(787) 707-0404**
_Name of law firm_

---