**Fill in this information to identify the case:**

Debtor name    **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  **15-09593 EAG**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs (SOFA)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2015**        X _____

Signature of individual signing on behalf of debtor

**Nestor del Castillo-Hernandez**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)    **15-09593 EAG**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $    **3,485,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $    **533,415.38**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $    **4,018,415.38**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **10,024,582.66**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................ $    **1,052,687.83**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................. +$    **6,064,227.14**

4.   **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                             $    **17,141,497.63**

**Fill in this information to identify the case:**

Debtor name      **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **15-09593 EAG**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $52,864.00 |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Ck Account** **Last 4 digits of Acc# : 6215** **Oriental Bank Ck Account** **In the name of San Juan Oil Company Inc.** | | | |
| 3.1..    **Balance as of Sept 30, 2015** | **Ck Account** | **6215** | $1,360.46 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $54,224.46 |

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1..    **Security Deposits of AEE; AAA & PRTC** | $544.92 |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **San Juan Oil Company Inc.**                                    Case number *(If known)*  **15-09593 EAG**
                  Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                          | **$544.92** |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable**    See Exhibit 1 |
|---------|------------------------------------------|

**10. Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
■  Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **5,854,170.00**    -    **5,551,107.00**    =....    **$303,063.00**
                                   face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                         | **$303,063.00** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---------|-----------------|

**13. Does the debtor own any investments?**

■  No.  Go to Part 5.
☐  Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■  No.  Go to Part 6.
☐  Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■  No.  Go to Part 7.
☐  Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|---------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■  No.  Go to Part 8.
☐  Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
■  Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | **San Juan Oil Company Inc.** | Case number *(If known)* **15-09593 EAG** |
|---|---|---|
| | Name | |

---

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Equipment in Office & Gas Stations**
    **See Exhibit 2** — $0.00 — Liquidation — $75,583.00

---

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                    $75,583.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Commercial Property of 3,127.50 mts- Lot 1C-2 Industrial 272 Third Extension Urb Country Club Bo Sabana Abajo Carolina PR Land No. 5369 Cadastrial No. 064-062-376-02-000** | Fee simple | $0.00 | Estimated | $460,000.00 |
| 55.2.   **Gas Station in land of 1 cda located at Carr No 1 Esq 537 Bo Playita Cortada Bo. Descalabrado, Santa Isabel PR Land No. 890 Cadastrial No. 414-040-100-01-001** | Fee simple | $0.00 | Estimated | $250,000.00 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **San Juan Oil Company Inc.**                              Case number *(If known)*  **15-09593 EAG**
     Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Gas Station in land of 2,201.00 sq mts (Parcel A) (Land No. 1948) and 483.990 sq mts  (Parcel B) (Land No. 10803), located Carr No. 2 Km 40.0 Vega Baja PR Cadastrial No. 035-066-055-05-901** | Fee simple | $0.00 | Estimated | $450,000.00 |
| 55.4. | **Gas Station in land of 290.62 sq mts in Bo Santurce Norte Calle Loiza #1901 Esq, Los Baños, San Juan PR Land No. 3647 Cadastrial No. 041-041-181-09-001** | Fee simple | $0.00 | Estimated | $275,000.00 |
| 55.5. | **Gas Station in land of 1,532.2769 sq mts in Carr No. 1 Esq 712 Bo Quebrada Yeguas, Salinas PR Land No. 1629 Cadastrial no. 371-000-006-02-902** | Fee simple | $0.00 | Estimated | $800,000.00 |
| 55.6. | **Gas Station in land of 1,589.168 sq mts Carr No. 101 km 3.8 Lajas PR Cadastrial No. 358-000-001-65-000** | Fee simple | $0.00 | Estimated | $150,000.00 |
| 55.7. | **Gas Station in land of 33.436 ml located at Avenida Hostos #119, Ponce PR Land No. 22523 Cadastrial No. 412-002-553-45-001** | Fee simple | $0.00 | Estimated | $400,000.00 |
| 55.8. | **Land of 37 cdas located Bo. Quebrada Yeguas, Salinas PR Land No. 669** | | $0.00 | Estimated | $700,000.00 |

| 56. | **Total of Part 9.** | | **$3,485,000.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **San Juan Oil Company Inc.** | Case number *(If known)* **15-09593 EAG** |
|---|---|---|
| | Name | |

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

**Amount requested :$1,951,238 plus interest & others
Civil Case HCD2000-0004
San Juan Oil Company Inc vs Crespo & Crespo
Enterpises Inc.
Re: Collection of Money; Foreclosure of Three Notes &
Others
Commonwelath of PR; Firts Instance Court-Humacao**

$100,000.00

| Nature of claim | Collection of Money; Foreclosure, etc. |
|---|---|
| Amount requested | $1,951,238 plus interest & other charges |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | | **$100,000.00** |
|---|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

Debtor   **San Juan Oil Company Inc.**
Name

Case number *(If known)*  **15-09593 EAG**

| Debtor | **San Juan Oil Company Inc.** | Case number *(if known)* **15-09593 EAG** |
|---|---|---|
| | Name | |

---

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,224.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $544.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $303,063.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,583.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $3,485,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $533,415.38 | + 91b. $3,485,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,018,415.38 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

*EXHIBIT 1*

## CUENTAS POR COBRAR

| Varios Garajes | $1,440,247.00 |
|---|---|

## CUENTAS POR COBRAR-OTROS

| Distribuidora Castillo | $37,000.00 |
|---|---|
| Jovino Soto | $25,700.00 |
| Alfredo Chabrier | $20,523.00 |
| Corestcar Service | $21,541.00 |
| Kalil Mazloum | $9,814.00 |
| Ruben Terrón | $141,248.00 |
| Fermin García | $600.00 |
| Cesar Batalla | $8,601.00 |
| Pedro Santiago | $11,816.00 |
| Andres Rivera | $234,954.00 |
| | $511,797.00 |

## PRESTAMOS POR COBRAR

| Norberto Polo | $10,493.00 |
|---|---|
| Pelegrin Serrant | $69,914.00 |
| Wajack M. Saleh | $59,848.00 |
| Rafael Ramos | $163,417.00 |
| Gabriel De Jesus | $103,999.00 |
| Ahmad Taufic | $2,645.00 |
| La Finquita | $2,524,986.00 |
| Luis Velez | $180,250.00 |
| Mambo Group | $47,205.00 |
| Abraham Petroleoum I | $62,748.00 |
| Abraham Petroleum II | $92,670.00 |
| Abraham Petroleum III | $52,169.00 |
| Abraham Petroleum IV | $36,468.00 |
| Jose Alvira | $5,870.00 |
| Intereses por Cobrar-Anteriores | $489,444.00 |
| | $3,902,126.00 |

| PROVISION CUENTAS INCOBRABLES | -$5,551,107.00 |
|---|---|

*EXHIBIT 2*

## EQUIPOS-MEJORAS LOCALES

| | |
|---|---:|
| Equipos & Muebles de Oficina | $844.00 |
| Equipo Cuadro Telefonico | $488.00 |
| Equipos de Oficina Santa Isabel | $344.00 |
| Tanques-Bombas-Planta-Oficina | $20,515.00 |
| Equipo-Garaje Lajas | $9,936.00 |
| Equipo-Garaje Vega Baja | $16,956.00 |
| Equipo-Garaje Salinas | $10,599.00 |
| Equipo-Garaje Santa Isabel | $7,658.00 |
| Equipo-Garaje Ponce | $5,681.00 |
| Equipo-Garaje Calle Loíza | $0.00 |
| Portón Eléctrico | $0.00 |
| Planta Eléctrica | $171.00 |
| Aire acondicionado | $2,391.00 |
| Equipo Construcción | $0.00 |
| | $75,583.00 |

**Fill in this information to identify the case:**

Debtor name **Nestor del Castillo-Hernandez**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **15-09593 EAG**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | Banco Popular de PR | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

| | | **$460,000.00** | **$460,000.00** |
|---|---|---|---|

**Bancruptcy Department
PO Box 362708
San Juan, PR 00936-2708**

**Commercial Property of 3,127.50 mts- Lot 1C-2 Industrial 272 Third Extension Urb Country Club Bo Sabana Abajo Carolina PR Land No. 5369
Cadastrial No. 064-062-376-02-000**

Creditor's mailing address

**Describe the lien**

**Commercial Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9004**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

| **2.2** | Banco Popular de PR | | **$332,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Bancruptcy Department
PO Box 362708
San Juan, PR 00936-2708**

**Gas Stations located in Calle Loiza; Lajas & Comm Lot in Country Club**

Creditor's mailing address

**Describe the lien**

**Commercial Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3002**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**                          Case number (if know)  **15-09593 EAG**

First Name          Middle Name          Last Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banco Popular de PR** | Describe debtor's property that is subject to a lien | $150,000.00 | $150,000.00 |

Creditor's Name

**Bankruptcy Department**
**PO Box 362708**
**San Juan, PR 00936-2708**

**Gas Station in land of 1,589.168 sq mts Carr**
**No. 101 km 3.8 Lajas PR**
**Cadastrial No. 358-000-001-65-000**

Creditor's mailing address

Describe the lien

**Commercial Loan**

Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9004**

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. CRIM**
**2. Banco Popular de PR**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Banco Popular de PR** | Describe debtor's property that is subject to a lien | $1,193,607.08 | $0.00 |

Creditor's Name

**Bankruptcy Department**
**PO Box 362708**
**San Juan, PR 00936-2708**

**Gas Stations located in Calle Loiza; Lajas &**
**Comm Lot in Country Club**

Creditor's mailing address

Describe the lien

**Commercial Loan**

Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9004**

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Banco Popular de PR** | Describe debtor's property that is subject to a lien | $275,000.00 | $275,000.00 |

Creditor's Name

**Bankruptcy Department**
**PO Box 362708**
**San Juan, PR 00936-2708**

**Gas Station in land of 290.62 sq mts in Bo**
**Santurce Norte Calle Loiza #1901 Esq, Los**
**Baños, San Juan PR**
**Land No. 3647**
**Cadastrial No. 041-041-181-09-001**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 **Nestor del Castillo-Hernandez**
First Name    Middle Name    Last Name

Case number (if know)    **15-09593 EAG**

Creditor's mailing address

**Describe the lien**
**Commercial Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9004**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CRIM** | | $61,726.68 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Gas Station in land of 1,532.2769 sq mts in Carr No. 1 Esq 712 Bo Quebrada Yeguas, Salinas PR**
**Land No. 1629**
**Cadastrial no. 371-000-006-02-902**

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

**Describe the lien**
**Real Property Taxes-Per POC No. 1 filed 12/11/2015**

**Is the creditor an insider or related party?**

**cfigueroa@crimpr.net**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2009-2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2902**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CRIM**
**2. Scotiabank de PR**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CRIM** | | $27,676.96 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Gas Station in land of 33.436 ml located at Avenida Hostos #119, Ponce PR**
**Land No. 22523**
**Cadastrial No. 412-002-553-45-001**

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

**Describe the lien**
**Real Property Taxes-Per POC No. 1 filed 12/11/2015**

**Is the creditor an insider or related party?**

**cfigueroa@crimpr.net**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2009-2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 8

Best Case Bankruptcy

| Debtor 1 | **Nestor del Castillo-Hernandez** | | Case number (if known) | **15-09593 EAG** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Last 4 digits of account number**
5001

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. CRIM** | |
| **2. Scotiabank de PR** | |

---

| 2.8 | **CRIM** | Describe debtor's property that is subject to a lien | $50,917.87 | $250,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Gas Station in land of 1 cda located at Carr No 1 Esq 537 Bo Playita Cortada Bo. Descalabrado, Santa Isabel PR Land No. 890 Cadastrial No. 414-040-100-01-001** | | |

**PO Box 195387**
**San Juan, PR 00936-5387**
Creditor's mailing address

Describe the lien
**Real Property Taxes-Per POC No. 1 filed 12/11/2015**

Is the creditor an insider or related party?

**cfigueroa@crimpr.net**
Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
2009-2015

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
1001

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. CRIM** | |
| **2. Scotiabank de PR** | |

---

| 2.9 | **CRIM** | Describe debtor's property that is subject to a lien | $65,201.22 | $450,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Gas Station in land of 2,201.00 sq mts (Parcel A) (Land No. 1948) and 483.990 sq mts (Parcel B) (Land No. 10803), located Carr No. 2 Km 40.0 Vega Baja PR Cadastrial No. 035-066-055-05-901** | | |

**PO Box 195387**
**San Juan, PR 00936-5387**
Creditor's mailing address

Describe the lien
**Real Property Taxes-Per POC No. 1 filed 12/11/2015**

Is the creditor an insider or related party?

**cfigueroa@crimpr.net**
Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
2009-2015

No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
5901

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**

First Name  Middle Name  Last Name

Case number (if know)  **15-09593 EAG**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Scotiabank de PR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 0 | **CRIM** | Describe debtor's property that is subject to a lien | $11,015.82 | $150,000.00 |

Creditor's Name

**Gas Station in land of 1,589.168 sq mts Carr No. 101 km 3.8 Lajas PR Cadastrial No. 358-000-001-65-000**

**PO Box 195387**
**San Juan, PR 00936-5387**

Creditor's mailing address

Describe the lien

**Real Property Taxes-Per POC No. 1 filed 12/11/2015**

Is the creditor an insider or related party?

**cfigueroa@crimpr.net**

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

**2014-2015**

Last 4 digits of account number

**5000**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Banco Popular de PR**

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 1 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $400,000.00 | $400,000.00 |

Creditor's Name

**Gas Station in land of 33.436 ml located at Avenida Hostos #119, Ponce PR Land No. 22523 Cadastrial No. 412-002-553-45-001**

**PO Box 362394**
**San Juan, PR 00936-2394**

Creditor's mailing address

Describe the lien

**Commercial Loan**

Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Year 2006**

Last 4 digits of account number

**7523**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. CRIM**
  **2. Scotiabank de PR**

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**

First Name  Middle Name  Last Name

Case number (if know)  **15-09593 EAG**

| 2.1 2 | **Scotiabank de PR** | | $800,000.00 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Gas Station in land of 1,532.2769 sq mts in Carr No. 1 Esq 712 Bo Quebrada Yeguas, Salinas PR**
**Land No. 1629**
**Cadastrial no. 371-000-006-02-902**

**PO Box 362394**
**San Juan, PR 00936-2394**

Creditor's mailing address

**Describe the lien**
**Commercial Loan**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**Year 2006**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7523**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

**1. CRIM**
**2. Scotiabank de PR**

| 2.1 3 | **Scotiabank de PR** | | $250,000.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Gas Station in land of 1 cda located at Carr No 1 Esq 537 Bo Playita Cortada Bo. Descalabrado, Santa Isabel PR**
**Land No. 890**
**Cadastrial No. 414-040-100-01-001**

**PO Box 362394**
**San Juan, PR 00936-2394**

Creditor's mailing address

**Describe the lien**
**Commercial Loans**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**
**Year 2006**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7523**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

**1. CRIM**
**2. Scotiabank de PR**

| 2.1 4 | **Scotiabank de PR** | Describe debtor's property that is subject to a lien | $450,000.00 | $450,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  **Nestor del Castillo-Hernandez**

First Name  Middle Name  Last Name

Case number *(if know)*  **15-09593 EAG**

Creditor's Name

**Gas Station in land of 2,201.00 sq mts (Parcel A) (Land No. 1948) and 483.990 sq mts (Parcel B) (Land No. 10803), located Carr No. 2 Km 40.0 Vega Baja PR Cadastrial No. 035-066-055-05-901**

**PO Box 362394
San Juan, PR 00936-2394**

Creditor's mailing address

**Describe the lien**

**Commercial Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Year 2006**

**Last 4 digits of account number**

**7523**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1. CRIM
2. Scotiabank de PR**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 |
|---|

**Scotiabank de PR**

Creditor's Name

**PO Box 362394
San Juan, PR 00936-2394**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Year 2006**

**Last 4 digits of account number**

**7523**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Gas Stations locates at Santa Isabel; Vega Baja; Salinas; Ponce and Land of 37 cdas in Salinas**

**Describe the lien**

**Commercial Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,797,437.03 | $0.00

---

| 2.1 6 |
|---|

**Scotiabank de PR**

Creditor's Name

**PO Box 362394
San Juan, PR 00936-2394**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Land of 37 cdas located Bo. Quebrada Yeguas, Salinas PR
Land No. 669**

**Describe the lien**

**Commercial Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

$700,000.00 | $700,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 8

Debtor 1  **Nestor del Castillo-Hernandez**

First Name        Middle Name            Last Name

Case number (if know)    **15-09593 EAG**

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **Year 2006** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7523** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$10,024,582. 66**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CRIM**<br>PO Box 195387<br>San Juan, PR 00936-5387 | Line **2.4** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **15-09593 EAG**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**CRIM**
**PO Box 195387**
**San Juan, PR 00936-5387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**        $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Property Taxes (Mueble)**
**NOTICE ONLY**

Last 4 digits of account number **3603**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Services**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,864.00**        $ **1,864.00**

Date or dates debt was incurred

Basis for the claim:
**Employment Witheld 941PR**

Last 4 digits of account number **3603**

Is the claim subject to offset?
■ No
☐ Yes

Debtor 1 **Nestor del Castillo-Hernandez**

First Name      Middle Name      Last Name

Case number (if know) **15-09593 EAG**

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.3**

**Priority creditor's name and mailing address**
**Municipality of Carolina**
**PO Box 8**
**Carolina, PR 00984-0008**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$ **50,000.00**    $ **50,000.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Municipality License (Patentes)**

**Last 4 digits of account number 3603**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.4**

**Priority creditor's name and mailing address**
**PR Deparment of Labor**
**PO Box 21361**
**San Juan, PR 00928-1361**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**    $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Disability & Unemployment**
**NOTICE ONLY**

**Last 4 digits of account number 3603**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**
**PR Department of Treasury**
**Bankruptcy Section 1504**
**235 Ave. Arterial Hostos**
**San Juan, PR 00918-1454**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **823.83**    $ **823.83**

**Date or dates debt was incurred**

**Basis for the claim:**
**Employment Witheld 499R**

**Last 4 digits of account number 3603**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      **Page 2 of 8**

| Debtor 1 | **Nestor del Castillo-Hernandez** | | Case number *(if know)* | **15-09593 EAG** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**

**PR Department of Treasury**
**Bankruptcy Section 1504**
**235 Ave. Arterial Hostos**
**San Juan, PR 00918-1454**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$ **1,000,000.0**
**0**        $ **0.00**

**Date or dates debt was incurred**
**Year 1999**

**Basis for the claim:**
**Corporation Income Tax (Lien)**

**Last 4 digits of account number 3603**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.7**

**Priority creditor's name and mailing address**

**State Insurance Fund Corp.**
**PO Box 365028**
**San Juan, PR 00936-5028**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**        $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Workmen's Insurance**
**NOTICE ONLY**

**Last 4 digits of account number 3603**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**

**Banco Popular de PR**
**Bankruptcy Department**
**PO Box 362708**
**San Juan, PR 00936-2708**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,829,000.00**

**Basis for the claim:   Line of Credit**

---

Debtor 1  **Nestor del Castillo-Hernandez**                                     Case number (*if know*)    **15-09593 EAG**
First Name    Middle Name              Last Name

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number **2001** | ☐ Yes |

---

**3.2**

Nonpriority creditor's name and mailing address
**Best Petroleum C/O Orlando Gonzalez
Esq.
CIM 100 Carr 165
Suiet 609
Guaynabo, PR 00968**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

Basis for the claim:    **NOTICE ONLY**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
**BPPR C/O Angel M. Burgos ESQ.
Santa Rita 986
Calle Madrid
San Juan, PR 00925**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

Basis for the claim:    **Re: Civil Case KCD2010-1142
BPPR vs San Juan Oil Company
Inc.
NOTICE ONLY**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
**BPPR C/O Heriberto Lopez Guzman ESQ
MCS Plaza
255 Ave Ponce de Leon Suite 1200
San Juan, PR 00917**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

Basis for the claim:    **Re: Civil Case KCD2010-1142
BPPR vs San Juan Oil Company
Inc.
NOTICE ONLY**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1  **Nestor del Castillo-Hernandez**

First Name  Middle Name  Last Name

Case number (if know)  **15-09593 EAG**

---

| 3.5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Crespo & Crespo C/O Lisa Santiago ESQ
300 Ave La Sierra
Box 172
San Juan, PR 00926**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**  **Re: Civil Case HCD2000-0004
San Juan Oil Vs Crespo &
Crespo Enterprises, Inc
Collection of Money
NOTICE ONLY**

Date or dates debt was incurred  **11/01/2000**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELA Treasury Dp C/O Mercedes Velez
ESQ
Calle Olimpo Esq Axtemayer
Pda 11 Miramar
San Juan, PR 00902**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**  **Re: Civil Case No.
KCO2008-0019
San Juan Oil vs ELA PR (Dept
Hacienda)
"Impugnacion Deficiencia"
NOTICE ONLY**

Date or dates debt was incurred  **13-mar-2008**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELA-Treasury Dept C/O Estelle Vila Esq.
PO Box 9020192
San Juan, PR 00912-0192**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**  **Civil Case KCO2008-0019
San Juan Oil vs E.L.A. PR (Dept
Hacienda)
"Impugnación Deficiencia"
NOTICE ONLY**

Date or dates debt was incurred  **13-mar-2008**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor 1   **Nestor del Castillo-Hernandez**

First Name      Middle Name      Last Name

Case number (if know)   **15-09593 EAG**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Ismael Crespo C/O Gaspar Martinez Esq.**
**PO Box 194422**
**San Juan, PR 00919-4422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Re: Civil Case HCD 2000-0004**
**San Juan Oil vs Crespo &**
**Crespo Enterprises Inc.**
**NOTICE ONLY**

Date or dates debt was incurred   **11/1/2000**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,683,201.00 |

**Peerless Oil**
**671 Road 337**
**Penuelas, PR 00624-7153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**PeerlessOil C/O Francisco Villarubia**
**ESQ**
**PO Box 194089**
**San Juan, PR 00919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Re: Civil Case FCD2009-1268**
**Peerless Oil & Chemicals Inc. vs**
**San Juan Oil**
**NOTICE ONLY**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Scotiabank C/O Alejandro Blanco ESQ**
**Edificio Centro Europa**
**1492 Ave Ponce de Leon Suite 600**
**San Juan, PR 00907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Nestor del Castillo-Hernandez**                         Case number (if know)   **15-09593 EAG**

First Name    Middle Name                Last Name

Basis for the claim:   **Re: Civil Case KCD2012-2964
Scotiabank vs San Juan Oil
Company Inc.
NOTICE ONLY**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                     ■ No
                                                     ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Scotiabank C/O Ramon L Ramos Aponte
Esq.
PO Box 195553
San Juan, PR 00919-5553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Re Civil Case CCD2012-0705
Scotiabank vs San Juan Oil Co
Inc.
NOTICE ONLY**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                     ■ No
                                                     ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Scotiabank C/O Ruben Aponte Mellado
Esq.
PO Box 195553
San Juan, PR 00919-5553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Re: Civil Case CCD2012-0705
Scotiabank vs San Juan Oil Co
Inc.
NOTICE ONLY**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                     ■ No
                                                     ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **573,117.58** |

**Scotiabank de PR
PO Box 362394
San Juan, PR 00936-2394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Line of Credit of RG Premier
Bank**

---

Official Form 206 E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 7 of 8

Debtor 1   **Nestor del Castillo-Hernandez**                                  Case number (if know)   **15-09593 EAG**

First Name        Middle Name              Last Name

---

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **978,908.56** |

Check all that apply.

**Scotiabank de PR**                                    ☐ Contingent
**PO Box 362394**                                       ☐ Unliquidated
**San Juan, PR 00936-2394**                             ☐ Disputed

_____

**Basis for the claim:**   **Line of Credit of RG Premier Bank**

_____

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number   **7531**            ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,052,687.83 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,064,227.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,116,914.97 |

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 8 of 8

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **15-09593 EAG**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Billboard located in Bo Quebrada Yeguas, Majada 11, Salinas PR, dated on 1-may-2012. Term 20 years. Monthly Payment $2,000.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dueño Showtime PR Inc D/B/A Showtime Out CIM 100 Carr 165, Suite 406 Guaynabo, PR 00968** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Land 37 cdas Salinas PR (Land No. 669) dated on 23-oct-2015, Third Amended on 23-Aug-2013. For additional term of 10 years. Monthly payment: $3,000.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elias Ortiz Gomez HC-01 3944 Salinas, PR 00751** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Lot 1C-2 Solar Industrial 3era Seccion Country Club, Carolina PR. Dated 11-sep-2015. Term 5 years. Monthly payment $2,500** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **José Guzman Carrasquillo PO Box 4698 Carolina, PR 00984** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **San Juan Oil Company Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **15-09593 EAG**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agrement Gas Station located at Avenida Hostos Num. 119, Ponce PR. Dated on 1-jan-2010 as amended. Monthly payment $1,500.** |
| State the term remaining | |
| List the contract number of any government contract | **Servicentro Limited Corp.** <br> **PO Box 4698** <br> **Carolina, PR 00984** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Gas Station located at Carr Num 101 Km 3.8 Lajas PR. Dated on 1-Jan-2010 as amended. Monthly Payment $1,500.** |
| State the term remaining | |
| List the contract number of any government contract | **Servicentro Limited Corp.** <br> **PO Box 4698** <br> **Carolina, PR 00984** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Gas Station located at Carr No. 1 Km 81.2 Salinas PR. Dated 1-jan-2010 as amended. Monthly Payment $1,500.** |
| State the term remaining | |
| List the contract number of any government contract | **Servicentro Limited Corp.** <br> **PO Box 4698** <br> **Carolina, PR 00984** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Gas Station located Calle Loiza #1901 Esq Los Baños, San Juan PR. Dated 1-jan-2010 as amended. Monthly Payment $1,500.** |
| State the term remaining | |
| List the contract number of any government contract | **Servicentro Limited Corp.** <br> **PO Box 4698** <br> **Carolina, PR 00984** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **San Juan Oil Company Inc.** | | | Case number *(if known)* | **15-09593 EAG** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Gas Station located at Carr No. 2 Km 40.0 Bo. Algarrobo, Vega Baja PR. Dated 1-jan-2010 as amended. Monthly Payment $1,500** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Servicentro Limited Corp.**<br>**PO Box 4698**<br>**Carolina, PR 00984** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Gas Station located Carr No. 1 Esq 537 Playita Cortada Bo. Descalabrado, Santa Isabel PR. Dated 1-jan-2010 as amended. Monthly Payment $1,500.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Servicentro Limited Corp.**<br>**PO Box 4698**<br>**Carolina, PR 00984** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    **15-09593 EAG**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Jorge del Castillo** | **PO Box 4698 Carolina, PR 00984** | **Banco Popular de PR** | ■ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Jorge del Castillo** | **PO Box 4698 Carolina, PR 00984** | **Scotiabank de PR** | ■ D  **2.11** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Nestor del Castillo Hernandez** | **PO Box 4698 Carolina, PR 00984** | **Banco Popular de PR** | ■ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Nestor del Castillo Hernandez** | **PO Box 4698 Carolina, PR 00984** | **Scotiabank de PR** | ■ D  **2.14** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **San Juan Oil Company Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    **15-09593 EAG**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2015** to **Filing Date** | ☑ Operating a business<br>☐ Other | $108,500.00 |
    | **For prior year:**<br>From  **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☐ Other | $80,170.00 |
    | **For year before that:**<br>From  **1/01/2013** to **12/31/2013** | ☑ Operating a business<br>☐ Other | $74,228.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | San Juan Oil Company Inc. | Case number (if known) | 15-09593 EAG |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Nestor del Castillo**<br>**PO Box 4698**<br>**Carolina, PR 00984**<br>**President** | | **$18,000.00** | **Salaries at September 30, 2015** |
| 4.2. **Jorge del Castillo**<br>**PO Box 4698**<br>**Carolina, PR 00984**<br>**Treasurer** | | **$18,000.00** | **Salaries at September 30,2015** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Scotiabank de Puerto Rico vs San Juan Oil Company Inc.**<br>**KCD2012-2964** | **Collection of Money** | **First Instance Court-Subsection San Juan PO Box 190887 San Juan, PR 00919-0887** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Banco Popular de PR vs San Juan Oil Company**<br>**KCD2010-1142** | **Collection of Money** | **First Instance Court-Subsection San Juan PO Box 190887 San Juan, PR 00919-0887** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Peerless Oil & Chemicals, Inc. vs San Juan Oil Company Inc.**<br>**FCD2009-1268** | **Collection of Money** | **First Instance Court-Subsection Carolina PO Box 267 Carolina, PR 00986-0267** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **San Juan Oil Company Inc.** | | Case number *(if known)* | **15-09593 EAG** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Scotiabank de Puerto Rico vs San Juan Oil Company Inc.**<br>CCD2012-0705 | **Collection of Money** | **First Instance Court-Subsection Arecibo**<br>**PO Box 6005**<br>**Arecibo, PR 00613-6005** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Crespo & Crespo Enterprises vs San Juan Oil Company Inc.**<br>HCD2000-0004 | **Collection of Money** | **First Instance Court-Subsection Humacao**<br>**PO Box 885**<br>**Humacao, PR 00792-0885** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **San Juan Oil Company Inc. vs E.L.A. PR (Departamento de Hacienda)**<br>KCO2008-0019 | **"Impugnacion Deficiencia"** | **First Instance Court-Subsection San Juan**<br>**PO Box 190887**<br>**San Juan, PR 00919-0887** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **San Juan Oil Company Inc.**                     Case number (if known) **15-09593 EAG**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Lugo Mender Group, LLC**<br>**100 Carr 165 Suite 501**<br>**Guaynabo, PR 00968-8052** | Attorney Fees $10,000 plus filing fees | **October 15, 2015** | $10,000.00 |
| **Email or website address**<br>**wlugo@lugomender.com** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor   **San Juan Oil Company Inc.**                                    Case number *(if known)*   **15-09593 EAG**

---

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | San Juan Oil Company Inc. | Case number *(if known)* | 15-09593 EAG |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   San Juan Oil Company Inc.<br>PO Box 4698<br>Carolina, PR 00984 | Gas Stations | EIN:   66-0343603<br><br>From-To   Feb 2, 1973 up to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Javier Morales<br>PO Box 4698<br>Carolina, PR 00984 | 2000 up to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | San Juan Oil Company Inc. | Case number *(if known)* | 15-09593 EAG |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nestor del Castillo | PO Box 4698<br>Carolina, PR 00984 | Presidente | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge del Castillo | PO B0x 4698<br>Carolina, PR 00984 | Treasurer & Secretary | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **San Juan Oil Company Inc.**                                    Case number (if known)  **15-09593 EAG**

**Name of the parent corporation**                                         **Employer Identification number of the parent corporation**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 17, 2015**

_____       **Nestor del Castillo-Hernandez**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy