| IN RE: | * | |
|--------|---|---|
| | * | |
| **SAN JUAN OIL COMPANY INC.** | * | **CASE NO. 15-09593 EAG** |
| | * | |
| **DEBTOR** | * | **CHAPTER 11** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR'S REPORT OF PAYMENTS UNDER THE PLAN AND
REQUEST FOR FINAL DECREE PURSUANT TO F.R.B.P. 3022**

**TO THE HONORABLE COURT:**

COMES NOW, the above captioned Debtor**,** through the undersigned legal counsel, who very respectfully states and prays as follows:

1)      An Order confirming the above captioned reorganized Debtor's Plan of Reorganization as Supplemented was entered on March 10, 2017. (Docket No. 130)

2)      The Plan of Reorganization has been substantially consummated in accordance with the Plan and the Order of Confirmation. A copy of the worksheet titled "Payments Under the Plan of Reorganization" is attached herein as **Exhibit A**.

3)      In respect to the treatment offered to each class detailed in the confirmed plan, herein debtor states as follows:

**CLASS 1:      ADMINISTRATIVE CLAIMS**

Debtor has paid the allowed administrative expenses that were due in the case.  Professional fees due to the undersigned attorney were paid pursuant the terms of the confirmed plan.

On April 25, 2017, the undersigned filed the Third Application for Compensation in the total amount of $16,386.59, pending for the approval for this Honorable Court. (Docket no.147 ) The reorganize Debtor will provide payment for the finally approved amount through a single lump sum on the date of the approval of the application by the Court. After this period, the referred amount will become due.

Fees owed to the U.S. Trustee's Office have been paid. Further, considering that this is a liquidation Plan, the Debtor has also sent in advance to the US Trustee the payment of the applicable quarterly fees applicable for the second trimester of 2017.

### CLASS 2: SECURED CLAIM- BANCO POPULAR DE PUERTO RICO

Class 2 is in relation with the secured claim no. 9 in the total amount of $885,000, filed by Banco Popular de Puerto Rico ("BPPR"). This amount claimed is secured with Debtor's gas stations located in Loiza Street, Lajas and the commercial lot located at Urb Country Club, Carolina, Puerto Rico.

In general terms, BPPR, as secured creditor of this estate, shall retain unaltered its legal, equitable and contractual rights over the collateral and extent of security as detailed in the respective mortgage loans. Debtor will continue to surrender to BPPR as cash in the amount of **$5,000** during a period of twenty-four (24) month after effective date**.**

A detail of the payments issued in accordance with the Confirmed Plan of Reorganization, together with copy of the checks issued are enclosed as **Exhibit B.** Further, all remaining distributions will be made according to the Plan of Reorganization. A balance of the allowed claims at this date are enclosed as **Exhibit C**.

### CLASS 3: SCOTIABANK DE PUERTO RICO

Class 3 consist of certain commercial loan granted to Debtor by RG-Premier Bank, now Scotiabank de Puerto Rico and evidence by secured POC No. 6 in the amount of $700,000, respectively.

As detailed in the confirmation hearing, on February 3, 2017 Debtor and Scotiabank filed a Stipulation for treatment on Plan of Reorganization between parties. This stipulation was granted on March 10, 2017. (Docket No. 114 & 128). In general terms, Scotiabank, as secured creditor of this estate, shall retain unaltered its legal, equitable and contractual rights over the collateral and extent of security as detailed in the respective mortgage loan. As detailed in the Stipulation, Debtor will continue to surrender to Scotiabank cash payments in the amount of **$2,000** during a period of twelve (12) month after effective date.

A detail of the payments issued in accordance with the Confirmed Plan of Reorganization, together with copy of the checks issued are enclosed as **Exhibit B.** Further, all remaining distributions will be made according to the Plan of Reorganization. A balance of the allowed claims at this date are enclosed as **Exhibit C**

**CLASS 4: BEST PETROLEUM CORPORATION**

The Class 4 consists of certain commercial loan granted to Debtor originally by RG-Premier Bank, later Scotiabank de Puerto Rico. Currently, Best Petroleum retains and holds a secured interest which encumbers the gas stations located in Ponce; Salinas; Santa Isabel and Vega Baja. As detailed in the confirmation hearing, in addition, on February 17, 2017 Debtor and Best Petroleum filed a Stipulation for treatment on Plan of Reorganization between parties. This stipulation was granted on March 10, 2017. (Docket No. 117 & 129). Pursuant to this stipulation and the confirmation order, the Debtor shall transfer to Best Petroleum Corp. or its designee the four (4) commercial properties over which this creditor holds a secured interest.

Up to the point of transfer, Debtor will continue to surrender to Best Petroleum payments in the amount of **$10,000** during the period upon the gas stations will be transfer.

A detail of the payments issued in accordance with the Confirmed Plan of Reorganization, together with copy of the checks issued are enclosed as **Exhibit B.** Further, all remaining distributions will be made according to the Plan of Reorganization. A balance of the allowed claims at this date are enclosed as **Exhibit C**

### CLASS 5: OTHER SECURED CLAIMS – STATUTORY LIENS

Class 5 is comprised of certain amounts comprised within POC No. 1 filed by CRIM and POC No. 12-2 filed by the Department of Treasury. Specifically, within POC No. 1 CRIM has a secured interest in the amount of $153,064.90 pursuant to a statutory lien, which relates to several of the properties of the bankruptcy estate.

According to the transfers of each particular commercial property as contemplated and detailed within the treatment of CLASS 2, CLASS 3 & CLASS 4 of the confirmed plan, no cash dividend will be provided from estate funds to CRIM by means of this Plan of Reorganization. The secured amounts due and payable to CRIM for real property taxes on the properties of the estate will be assumed and paid by acquiring parties at the time of closing of each transfer.

On the other end, within POC No. 12-2, the Puerto Rico's Department of Treasury claim relates to a special tax imposed over the real property in the amount of $12,497.33.

According to the transfer of the properties from the Debtor to Best Petroleum Corporation, as detailed in the Stipulation, no cash dividend will be provided from estate funds to Treasury Department for the secured amounts claimed within POC No. 12-2 by means of the confirmed plan. The Department of Treasury will retain unaltered is secured lien and/or legal mortgage.

Accordingly, notwithstanding the intended transfer of the properties to Best Petroleum free and clear, Treasury's superior lien will survive said transfer with its lien unaffected.Upon the materialization of the transfer of the real properties, Best Petroleum will assume the obligation of providing payment for this secured portion of POC No. 12-2.

As detailed in the Confirmed Plan, this Class did not receive any cash dividend throughout the Confirmed Plan.

### CLASS 6:  GENERAL UNSECURED COMMUNITY CREDITORS

As mentioned on the Confirmed Plan, on the consummation date, this Class 6 claimant shall receive from the debtor a lump sum payment of a total amount of $10,000.  Each member of this class holding an allowed claim will begin receiving a prorrata dividend of the proposed distribution.

A detail of the payments issued in accordance with the Confirmed Plan of Reorganization, together with copy of the checks issued are enclosed as **Exhibit B.**

### CLASS 7: EQUITY SECURITY INTEREST HOLDERS

The equity security interest holders will not receive any dividend under the Plan on account of its equity interest.

### PRIORITY TAX CLAIMS: 11 U.C.S. § 507(a)(8)

As mentioned in the Confirmed Plan and considering that this is a Chapter 11 confirmation Plan, upon the confirmation the creditor PR Treasury Department was to receive a dividend equal to all funds available in Debtor's DIP account after the payment of all administrative expenses for which the plan proposes a payment, and the carve out of $10,000 proposed to general unsecured creditors. To this date all payments and administrative expenses have been accounted and the disbursements of the unsecured creditors has been made as well.  Accordingly, upon the funds

available at August 21, 2014 and as a result of this calculation this creditor received as payment

the remaining funds in the amount of $25,224.56. A detail of the expenses included are detailed

in **Exhibit D.**


4)      To this date all motions, contested matters, and adversary proceeding, if any, have been

finally resolved. There is no matter pending for the adjudication of this Court. The only pending

matters would be Best Petroleum request for transfer and writ, which should be resolved within

the notice period of this final decree as it has been clarified by CRIM. (Docket No. 144 & 145)

5)      Debtor respectfully state that the Plan confirmed by this Honorable Court on March 10,

2017, has been substantially consummated, reason why this case should be closed pursuant to 11

U.S.C. Section 1101(2), F.R.B.P. 3022 and Local Bankruptcy Rule 3022-1.

        **WHEREFORE**, Debtor hereby request this Honorable Court to enter a final decree closing

this case pursuant the provisions of F.R.B.P. 3022.

### DEBTOR'S CERTIFICATE

        I, Nestor del Castillo-Hernandez, President of the herein reorganize Debtor hereby certify

that I have reviewed the herein report on substantial consummation in conjunction with all Exhibits

and state that this is accurate and correct to the best of my knowledge and belief. I further certify

that the company has commenced the payments to creditors on account of the confirmed plan as

detailed herein.

_____
**Nestor del Castillo-Hernandez**
**PRESIDENT SAN JUAN OIL**
**COMPANY INC.**

**WHEREFORE**, Debtor hereby requests this Honorable Court to enter a final decree closing this case pursuant the provisions of F.R.B.P. 3022.

<u>**NOTICE IN COMPLAINCE WITH
LBR 9013-1 (h) MOTIONS PRACTICE**</u>

Within twenty one (21) days after service as evidence by the certifications, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico.  If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.  If you file a timely response, the Court may- in its discretion- schedule a hearing.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **Carmen Priscilla Figueroa Bell, Esq.**, (Attorney for CRIM) at cfigueroa@crimpr.net; **Luis C. Marini Biaggi, Esq.** (Attoney for Banco Popular de PR) at luis.marini@oneillborges.com; **Juan C. Salichs Pou, Esq.** (Attorney for Scotiabank de PR) at jsalichs@splawpr.com; **Juan Manuel Suarez Cobo, Esq.** (Attorney for Todly Group Inc.) at suarezcobo@gmail.com; **Carolina Velaz-Rivero, Esq.** (Attorney for Banco Popular de PR) at carolina.velaz@oneillborges.com; **Jose A. Cepeda Rodriguez, Esq**. (Attorney for Peerless Oil & Chemicals, Inc.) at cepedapr@cepedalaw.com, Miga L. Rodriguez Collazo Esq. (Attorney for PR Treasury Department) at bankruptcyjusticia.gobierno.pr@gmail.com ,  and to the participants appearing in said record.

**I FURTHER HEREBY CERTIFY:** That on this same date a copy of the foregoing document **without the Exhibits** has been send by regular mail to all parties at the master address list as appear on the attached service list.

**RESPECTFULLY SUBMITTED**

In Guaynabo, Puerto Rico on this 26 th day of April of 2017.


*Lugo Mender Group, LLC*
Attorney for Debtor
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412
wlugo@lugomender.com


**/ S/ Wigberto Lugo Mender**
WIGBERTO LUGO MENDER
USDC-PR 212304


**/ S/ Alexis A. Betancourt Vincenty**
Alexis A. Betancourt Vincenty
USDC-PR 301304
a_betancourt@lugomender.com

Label Matrix for local noticing
0104-3
Case 15-09593-EAG11
District of Puerto Rico
Old San Juan
Fri Mar 24 09:51:28 AST 2017

Peerless Oil & Chemicals, Inc.
671 Road 337
Penuelas, PR 00624-7153

BANCO POPULAR DE PUERTO RICO
c/o O'Neill & Borges LLC
250 Munoz Rivera Ave. Suite 800
San Juan, PR 00918-1813

SAN JUAN OIL COMPANY INC
PO BOX 4698
CAROLINA, PR 00984-4698

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

Scotiabank de Puerto Rico
P. O. Box 362394
c/o SAM Unit Vice President
San Juan, PR 00936-2394

TODTLY GROUP, INC.
138 WINSTON CHURCHILL AVE
SUITE 316
SAN JUAN, PR 00926-6013

TREASURY DEPARTMENT OF THE COMMONWEALTH OF P
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

US TRUSTEE
US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Department of Treasury
Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS
PO BOX 362708
SAN JUAN PR 00936-2708

BEST PETROLEUM C/O ORLANDO GONZALEZ ESQ.
CIM 100 CARR 165
SUIET 609
GUAYNABO, PR 00968

BEST PETROLEUM CORP
PO BOX 9525
BAYAMON PR 00960-9525

BPPR C/O ANGEL M. BURGOS ESQ.
SANTA RITA 986
CALLE MADRID
SAN JUAN, PR 00925

BPPR C/O HERIBERTO LOPEZ GUZMAN ESQ
MCS PLAZA
255 AVE PONCE DE LEON SUITE 1200
SAN JUAN, PR 00917-1912

CRESPO & CRESPO ENT C/O GASPAR MARTINEZ
PO BOX 194422
SAN JUAN, PR 00919-4422

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00918-1451

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

DUENO SHOWTIME PR INC D/B/A SHOWTIME OUT
CIM 100 CARR 165, SUITE 406
GUAYNABO, PR 00968

ELA TREASURY DEPT
ESTELLE VILA ESQ
PO BOX 9020192
SAN JUAN PR 00902-0192

ELA TREASURY DPT-MERCEDES VELEZ ESQ
CALLE OLIMPO ESQ AXTEMAYER
PDA 11 MIRAMAR
SAN JUAN PR 00902

ELIAS ORTIZ GOMEZ
HC-01 3944
SALINAS, PR 00751-9703

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ISMAEL CRESPO
SUITE 112, PMB 377, 100 GRAND BLVD PASEO
SAN JUAN, PR 00926

JORGE DEL CASTILLO
PO BOX 4698
CAROLINA, PR 00984-4698

JOSE GUZMAN CARRASQUILLO
URB VISTAS DE LUQUILLO 2
CALLE OPALO 1102
LUQUILLO PR 00773-2718

MUNICIPALITY OF CAROLINA
PO BOX 8
CAROLINA, PR 00986-0008

NESTOR DEL CASTILLO HERNANDEZ
PO BOX 4698
CAROLINA, PR 00984-4698

PEERLESS OIL
671 ROAD 337
PENUELAS, PR 00624-7153

PEERLESSOIL C/O FRANCISCO VILLARUBIA ESQ
PO BOX 194089
SAN JUAN, PR 00919-4089

PR DEPARMENT OF LABOR
PO BOX 21361
SAN JUAN, PR 00928-1361

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00918-1451

PUERTO RICO TELEPHONE CO dba CLARO
FRANCISCO SILVA, ESQ.
PO BOX 360998, SAN JUAN, PR, 00936-0998

Peerless Oil & Chemicals, Inc.
671 Road 337
Peuelas, PR 00624-7153

SCOTIABANK C/O ALEJANDRO BLANCO ESQ
EDIFICIO CENTRO EUROPA
1492 AVE PONCE DE LEON SUITE 600
SAN JUAN, PR 00907-4024

SCOTIABANK C/O RAMON L RAMOS APONTE ESQ.
PO BOX 195553
SAN JUAN, PR 00919-5553

SCOTIABANK C/O RUBEN APONTE MELLADO ESQ.
PO BOX 195553
SAN JUAN, PR 00919-5553

SCOTIABANK DE PR
PO BOX 362394
SAN JUAN, PR 00936-2394

SERVICENTRO LIMITED CORP.
PO BOX 4698
CAROLINA, PR 00984-4698

STATE INSURANCE FUND CORP.
PO BOX 365028
SAN JUAN, PR 00936-5028

ALEXIS A BETANCOURT VINCENTY
LUGO MENDER GROUP LLC
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

ANTONIO I HERNANDEZ SANTIAGO
ANTONIO I HERNANDEZ SANTIAGO LAW OF
PO BOX 8509
SAN JUAN, PR 00910-0509

JAVIER R MORALES
GM SYSTEMS INC
CALLE GEORGETOWN 1017
SAN JUAN, PR 00927-4822

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
100 CARR 165  SUITE 501
GUAYNABO, PR 00968-8052

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BEST PETROLEUM CORPORATION

(d)CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

End of Label Matrix
Mailable recipients    46
Bypassed recipients     2
Total                  48



EXHIBIT A

*San Juan Oil Company*
*Case No. 15-09593-EAG11*

*PAYMENTS UNDER THE PLAN OF REORGANIZATION - Administratives Expenses*          **EXHIBIT A**

| CREDITOR'S NAME | ADDRESS | CLAIM CLASS | PLAN CLASS | ALLOWED AMOUNT | ALLOWED PER PLAN | PAID AT EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| | | | | **CONFIRMED PLAN FIGURES** | | |
| W. Lugo Mender - Attorney's Fees | 100 Carr 165 Suite 501 Guaynabo PR 00968-8052 | | 1 | $ 16,387 | $ 16,387 | 16,387 |
| US Trustee - Quarterly Fees | 500 Tanca Street, Suite 301 San Juan PR 00901-1922 | Estimated | 1 | $ 1,625 | $ 1,625 | 1,625 |
| | | | | $ 18,012 | $ 18,012 | $ 18,012 |



*EXHIBIT B*

**PAYMENTS UNDER THE PLAN OF REORGANIZATION - Payments to Secured, Priorities & Unsecured Claims.**   **EXHIBIT B**

| CREDITOR'S NAME | ADDRESS | CONFIRMED PLAN FIGURES | | | | PAID AT EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| | | CLAIM NUM. | PLAN CLASS | ALLOWED AMOUNT | ALLOWED PER PLAN | |
| **Secured Claims** | | | | | | |
| BPPR-Special Loans | PO Box 362708 San Juan PR 00936-2708 | 9 | 2 | 885,000 | 885,000 | 5,000 |
| | | | | | | |
| Scotiabank-Loan 1600397531 | PO Box 195553 San Juan PR 00919-5553 | 4 | 3 | - | - | - |
| Scotiabank-Loan 902002070 | PO Box 195553 San Juan PR 00919-5553 | 5 | 3 | - | - | - |
| Scotiabank-Loan 1600442741 | PO Box 195553 San Juan PR 00919-5553 | 6 | 3 | 700,000 | - | 2,000 |
| Total | | | | 700,000 | - | 2,000 |
| | | | | | | |
| Best Petroleum Corp | PO Box 9525 Bayamon PR 00960 | 11 | 4 | 3,350,000 | | |
| | | | | | | |
| **Other Secured Claims** | | | | | | |
| CRIM | PO Box 195387 San Juan PR 00919-5387 | 1 | 5 | 153,065 | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12-2 | 5 | - | - | - |
| Total | | | | 153,065 | - | - |
| | | | | | | |
| **Priority Claims** | | | | | | |
| Internal Revenue Services | PO Box 7346 Philadelphia PA 19101-7346 | 3-2 | Art. III | - | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12-2 | Art. III | 45,439,372 | 25,225 | 25,225 |
| Department of Treasury-IVU | PO Box 9024140 San Juan PR 00902-4140 | 12-2 | Art. III | - | - | - |
| Municipality of Carolina | PO Box 8 Carolina, PR 00984-0008 | Scheduled | Art. III | - | - | - |
| PR Department of Labor | PO Box 21361 San Juan PR 00928-1361 | Scheduled | Art. III | - | - | - |
| State Insurance Fund Corp. | PO Box 365028 San Juan PR 00936-5028 | Scheduled | Art. III | - | - | - |
| Total | | | | 45,439,372 | 25,225 | 25,225 |
| | | | | | | |
| **General Unsecured Creditors** | | | | | | |
| CRIM | PO Box 195387 San Juan PR 00919-5387 | 1 | 6 | 67,999 | 40.69 | 40.69 |
| Puerto Rico Telephone Company | PO Box 360998 San Juan PR 00936-0998 | 2 | 6 | 110 | 0.07 | 0.07 |
| Scotiabank-Loan 1600442741 | PO Box 195553 San Juan PR 00919-5553 | 6 | 6 | 2,371,948 | 1,419.44 | 1,419.44 |
| Scotiabank-Loan 1600397531 | PO Box 195553 San Juan PR 00919-5553 | 4 | 6 | 99,263 | 59.40 | 59.40 |
| Scotiabank-Loan 902002070 | PO Box 195553 San Juan PR 00919-5553 | 5 | 6 | 8,057 | 4.82 | 4.82 |
| Peerless Oil & Chemicals | 671 Road 337 Peñuelas PR 00624-7153 | 7 | 6 | 500,000 | 299.21 | 299.21 |
| Peerless Oil & Chemicals | 671 Road 337 Peñuelas PR 00624-7153 | 7 | 6 | 4,553,703 | 2,725.05 | 2,725.05 |
| Crespo & Crespo Ent | PO Box 194422 San Juan PR 00919-4422 | 8 | 6 | - | - | - |
| BPPR- Special Loans | PO Box 362708 San Juan PR 00936-2708 | 9 | 6 | 6,442,224 | 3,855.19 | 3,855.19 |
| Ismael Crespo | Suite 112 PMB 377 100 Grand Blvd Paseo San Juan PR 00926 | 10 | 6 | - | - | - |
| Best Petroleum Corp | PO Box 9525 Bayamon PR 00960 | 11 | 6 | - | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12-2 | 6 | 25,840 | 15.46 | 15.46 |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12-2 | 6 | 2,641,360 | 1,580.66 | 1,580.66 |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 13-2 | 6 | - | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 14 | 6 | - | - | - |

|  | | | | | 16,710,505 | 10,000 | | 10,000 |
|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | |
| ***Equity Security Interest Holder*** | | | | | | | | |
| Mr. George & Nestor Del Castillo | PO Box 4698 Carolina PR 00984 | | Scheduled | 7 | - | - | | - |

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

251
101-7147/2215

4 de abril de 2017
Date

Pay to the
Order of _____ DEPARTMENT OF TREASURY _____ $ 1,580.66

MILQUINIENTOS OCHENTA CON 66/100 _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ CLAIM #12 _____                                MP

⑆2215714731⑆ 805⑈2⑈004389⑈ 0251

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

250
101-7147/2215

4 de abril de 2017
Date

Pay to the
Order of _____ DEPARTMENT OF TREASURY _____ $ 15.46

QUINCE DOLARES CON 46/100 _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For CLAIM #12 _____                                MP

⑆2215714731⑆ 805⑈2⑈004389⑈ 0250

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

249
101-7147/2215

4 de abril de 2017
Date

Pay to the
Order of _____ BANCO POPULAR DE P.R. _____ $ 3,855.19

TRESMIL OCHOCIENTOS CINCUENTA Y CINCO CON 19/100 _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ CLAIM #9 _____                                MP

⑆2215714731⑆ 805⑈2⑈004389⑈ 0249

Scanned by CamScanner

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**248**
101-7147/2215

4 de abril de 2017
Date

Pay to the Order of ___ PEERLESS OIL & CHEMICAL ___ $ 2,725.05

DOSMIL SETECIENTOS VEINTICINCO CON 05/100 ___ Dollars

Security Features Details on Back.

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ CLAIM #7 ___ MP

⑈221571473⑈ 805 2 004389 0248

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**247**
101-7147/2215

4 de abril de 2017
Date

Pay to the Order of ___ PEERLESS OIL & COMPANY ___ $ 299.21

DOSCIENTOS NOVENTA Y NUEVE DOLARES CON 21/100 ___ Dollars

Security Features Details on Back.

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ CLAIM #7 ___ MP

⑈221571473⑈ 805 2 004389 0247

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**246**
101-7147/2215

4 de abril de 2017
Date

Pay to the Order of ___ SCOTIABANK ___ $ 4.82

CUATRO DOLARES CON 82/100 ___ Dollars

Security Features Details on Back.

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ LOAN 902002070 ___ CLAIM #5 ___ MP

⑈221571473⑈ 805 2 004389 0246

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**245**
101-7147/2215

4 de abril de 2017
_____
Date

Pay to the
Order of      SCOTIABANK         $ 59.40

CINCUENTA Y NUEVE CON 40/100 _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For   LOAN #1600397531   CLAIM #4 _____ MP

⑈2215714731⑈ 805⑉2⑉004389⑈ 0245

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**244**
101-7147/2215

4 de abril de 2017
_____
Date

Pay to the
Order of      SCOTIABANK         $ 1,419.44

MIL CUATROCIENTOS DIECINUEVE CON 44/100 _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For   LOAN 1600442741   CLAIM #6 _____ MP

⑈2215714731⑈ 805⑉2⑉004389⑈ 0244

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**243**
101-7147/2215

4 de abril de 2017
_____
Date

Pay to the
Order of      PUERTO RICO TELEPHONE COMPANY      $ 0.07

siete centavos _____ Dollars

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

CLAIM #2

For _____ MP

⑈2215714731⑈ 805⑉2⑉004389⑈ 0243

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**241**
101-7147/2215

3 de abril de 2017
Date

Pay to the
Order of _____ SCOTIABANK _____ $ 2,000.00

DOSMIL DOLARES CON 00/100 _____ Dollars 🔒 Security Features Details on Back.

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ ESTIPULACION ABRIL/17 _____ MP

⑈221571473⑈ 805⑉2⑉004389⑈ 0241

---

**CHAP II CASE 150959311**
**DEBTOR IN POSSESSION**
**SAN JUAN OIL COMPANY INC**
PO BOX 4698
CAROLINA, PR 00984

**242**
101-7147/2215

4 de abril de 2017
Date

Pay to the
Order of _____ CRIM _____ $ 40.69

CUARENTA CON 69/100 _____ Dollars 🔒 Security Features Details on Back.

**1 First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico

For ___ CLAIM #1 _____ MP

⑈221571473⑈ 805⑉2⑉004389⑈ 0242

CHAP II CASE 150959311
DEBTOR IN POSSESSION
SAN JUAN OIL COMPANY INC
PO BOX 4698
CAROLINA, PR 00984

**239**

101-7147/2215

1 de abril de 2017
Date

Pay to the
Order of _____ BANCO POPULAR DE PR _____ | $ 5,000.00

CINCOMIL DOLARES CON 00/100 _____ Dollars

**1First Bank**
Sucursal Isla Verde 805
Carolina, Puerto Rico, 2088886

For _____

⑆221571473⑆ 805⑈2⑉004389⑈ 0239

$4,000.00

Scanned by CamScanner

CHAP II CASE 150959311
DEBTOR IN POSSESSION
SAN JUAN OIL COMPANY INC
PO BOX 4698
CAROLINA, PR 00984

271

101-7147/2215

Date 4-26-2017

Pay to the
Order of PR Treasury Department                    $ 25224.56

Twenty five thousand two hundred twenty four dollars and fifty six cents        Dollars

1 First Bank
Sucursal Isla Verde 805
Carolina, Puerto Rico

For fund available

⑆221571473⑆ 805 2 004389 0271

MP



*EXHIBIT C*

| CREDITOR'S NAME | ADDRESS | CLAIM NUM. | PLAN CLASS | ALLOWED PER PLAN | BALANCE DUE |
|---|---|---|---|---|---|
| | | | **CONFIRMED PLAN FIGURES** | | |
| ***Secured Claims*** | | | | | |
| BPPR-Special Loans | PO Box 362708 San Juan PR 00936-2708 | 9 | 2 | 885,000 | - |
| | | | | | |
| Scotiabank-Loan 1600397531 | PO Box 195553 San Juan PR 00919-5553 | 4 | 3 | - | - |
| Scotiabank-Loan 902002070 | PO Box 195553 San Juan PR 00919-5553 | 5 | 3 | - | - |
| Scotiabank-Loan 1600442741 | PO Box 195553 San Juan PR 00919-5553 | 6 | 3 | - | - |
| **Total** | | | | - | - |
| | | | | | |
| Best Petroleum Corp | PO Box 9525 Bayamon PR 00960 | 11 | 4 | - | - |
| ***Other Secured Claims*** | | | | | |
| CRIM | PO Box 195387 San Juan PR 00919-5387 | 1 | 5 | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12 | 5 | - | - |
| **Total** | | | | - | - |
| | | | | | |
| ***Priority Claims*** | | | | | |
| Internal Revenue Services | PO Box 7346 Philadelphia PA 19101-7346 | 3-2 | Art. III | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12 | Art. III | 25,225 | - |
| Department of Treasury-IVU | PO Box 9024140 San Juan PR 00902-4140 | 13 | Art. III | - | - |
| Municipality of Carolina | PO Box 8 Carolina, PR 00984-0008 | Scheduled | Art. III | - | - |
| PR Department of Labor | PO Box 21361 San Juan PR 00928-1361 | Scheduled | Art. III | - | - |
| State Insurance Fund Corp. | PO Box 365028 San Juan PR 00936-5028 | Scheduled | Art. III | - | - |
| **Total** | | | | 25,225 | - |
| | | | | | |
| ***General Unsecured Creditors*** | | | | | |
| CRIM | PO Box 195387 San Juan PR 00919-5387 | 1 | 6 | 40.69 | - |
| Puerto Rico Telephone Company | PO Box 360998 San Juan PR 00936-0998 | 2 | 6 | 0.07 | - |
| Scotiabank-Loan 1600442741 | PO Box 195553 San Juan PR 00919-5553 | 6 | 6 | 1,419.44 | - |
| Scotiabank-Loan 1600397531 | PO Box 195553 San Juan PR 00919-5553 | 4 | 6 | 59.40 | - |
| Scotiabank-Loan 902002070 | PO Box 195553 San Juan PR 00919-5553 | 5 | 6 | 4.82 | - |
| Peerless Oil & Chemicals | 671 Road 337 Peñuelas PR 00624-7153 | 7 | 6 | 299.21 | - |
| Peerless Oil & Chemicals | 671 Road 337 Peñuelas 00624-7153 | 7 | 6 | 2,725.05 | - |
| Crespo & Crespo Ent | PO Box 194422 San Juan PR 00919-4422 | 8 | 6 | - | - |
| BPPR- Special Loans | PO Box 362708 San Juan PR 00936-2708 | 9 | 6 | 3,855.19 | - |
| Ismael Crespo | Suite 112 PMB 377 100 Grand Blvd Paseo San Juan PR 00926 | 10 | 6 | - | - |
| Best Petroleum Corp | PO Box 9525 Bayamon PR 00960 | 11 | 6 | - | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12 | 6 | 15.46 | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 12 | 6 | 1,580.66 | - |
| Department of Treasury | PO Box 9024140 San Juan PR 00902-4140 | 13 | 6 | - | - |
| ELA Treasury | PO Box 9024140 San Juan PR 00902-4140 | Scheduled | 6 | - | - |
| **Total** | | | | 10,000 | - |

| *Equity Security Interest Holder* | | | | | |
|---|---|---|---|---|---|
| Mr. George & Nestor Del Castillo | PO Box 4698 Carolina PR 00984 | Scheduled | 7 | - | - |



**EXHIBIT D**

San Juan Oil Company Inc.
Case No. 15-09593

| Report of Distribution |
|:---:|

Balance DIP Account as of 21-Apr-2017      **$ 63,871.13**

Less:

**April 2017 Administrative Expenses:**

| | | |
|---|---|---|
| - W. Lugo Mender - Attorney's Fees | $ | 16,386.59 |
| - US Trustee - Quarterly Fees | | 1,625.00 |
| - CRIM Mueble Tax Return - **2017** | | 13,467.98 |
| - Payroll - April | | - |
| - Payroll Taxes - April | | 1,200.00 |
| - Desempleo | | 384.00 |
| - Seguro Social | | 612.00 |
| - Incapacidad | | 80.00 |
| - Cks Oustanding | | 1,025.00 |
| - GM System-Accountant | | 750.00 |
| Class 2- BPPR | | - |
| Class 3- Scotiabank | | - |
| Class 4- Best Petroleum | | - |
| Class 5- Secured Claims | | - |
| Class 6- General Unecured Claims | | 3,116.00 |
| Class 7- Equity Security | | - | 38,646.57 |

**Fund Available-PR Treasury Department POC No. 12-2**    $ 25,224.56